FILED
CLERK, U.S. DISTRICT COURT

September 2, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES CHARLES WILSON, ) <br> ) <br> Defendant. ) | Case No.: 5:18-CR-00004-JGB <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)  information in the Pretrial Services Report and Recommendation

    (X)  information in the violation petition and report(s)

    ( )  the defendant's nonobjection to detention at this time

    (X)  other: non-compliance while on supervision; substance abuse

1          and/ or

2

3 B. (X) The defendant has not met his/her burden of establishing by clear and
4     convincing evidence that he/she is not likely to pose a danger to the safety of
5     any other person or the community if released under 18 U.S.C. § 3142(b) or
6     (c).  This finding is based on the following:
7         (X)   information in the Pretrial Services Report and Recommendation
8         (X)   information in the violation petition and report(s)
9         ( )   the defendant's nonobjection to detention at this time
10        (X)   other: two new arrests for DUI; substance abuse

11

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

14

15 Dated: September 2, 2021                        /s/ Kenly Kiya Kato
16                                                 KENLY KIYA KATO
                                                United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28